Scott T. Nonaka (SBN 224770)
snonaka@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
Naomi A. Igra (SBN 269095)
naomi.igra@sidley.com
Stephen Chang (SBN 312580)
stephen.chang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Phone: (415) 772-1200
Fax: (415) 772-7400

Seferina Berch (*pro hac vice*)
sberch@sidley.com
Michael McGuinness (*pro hac vice*)
mmcguinness@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Phone: (212) 839-5300
Fax: (212) 839 5599

Jingni (Jenny) Zhao (SBN 284684)
jennyz@advancingjustice-alc.org
Glenn Michael Katon (SBN 281841)
glennk@advancingjustice-alc.org
Anoop Prasad (SBN 250681)
anoopp@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE
– ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
Phone: (415) 848-7710
Fax: (415) 896-1702

Judah Lakin (SBN 307740)
judah@lakinwille.com
Amalia Wille (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Phone: (510) 379-9216
Fax: (510) 379-9219

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CENTRO LEGAL DE LA RAZA; IMMIGRANT LEGAL RESOURCE CENTER; TAHIRIH JUSTICE CENTER; REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; JAMES MCHENRY, Director, Executive Office for Immigration Review; UNITED STATES DEPARTMENT OF JUSTICE; JEFFREY A. ROSEN, Acting United States Attorney General,<br><br>　　　　　Defendants. | Case No.  3:21-cv-00463-CRB<br><br>**PROOF OF SERVICE**<br><br>**JURY TRIAL DEMANDED** |

**PROOF OF SERVICE**

STATE OF CALIFORNIA                    )

                                       )     SS

COUNTY OF SANTA CLARA                  )


      I am employed in the County of Santa Clara, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 1001 Page Mill Road Building 1, Palo Alto, CA 94304.

      On January 21, 2021, I served the foregoing document(s) described as

- COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND ADMINISTRATIVE PROCEDURE ACT CASE, ECF NO. 1 (JAN. 19, 2021);

- SUMMONS IN A CIVIL ACTION, ECF NO. 19 (JAN. 20, 2021);

- NOTICE OF APPEARANCE FOR SCOTT T. NONAKA, ECF NO. 3 (JAN. 19, 2021);

- NOTICE OF APPEARANCE FOR IRENE YANG, ECF NO. 4 (JAN. 19, 2021);

- NOTICE OF APPEARANCE FOR STEPHEN CHANG, ECF NO. 5 (JAN. 19, 2021);

- PLAINTIFF CENTRO LEGAL DE LA RAZA CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15, ECF NO. 6 (JAN. 19, 2021);

- NOTICE OF APPEARANCE FOR JUDAH LAKIN, ECF NO. 7 (JAN. 19, 2021);

- PLAINTIFF IMMIGRANT LEGAL RESOURCE CENTER'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15, ECF NO. 8 (JAN. 19, 2021);

- PLAINTIFF TAHIRIH JUSTICE CENTER'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15, ECF NO. 9 (JAN. 19, 2021);

- PLAINTIFF REFUGEE AND IMMIGRANT ENTER FOR EDUCATION AND LEGAL SERVICES' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15, ECF NO. 10 (JAN. 19, 2021);

- NOTICE OF APPEARANCE FOR JINGNI (JENNY) ZHAO, ECF NO. 14 (JAN. 20, 2021);

- ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (MICHAEL OWEN MCGUINNESS), ECF NO. 15 (JAN. 20, 2021);

- ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (SEFERINA YOUNG BERCH), ECF NO. 16 (JAN. 20, 2021);

- NOTICE OF APPEARANCE FOR GLENN MICHAEL KATON, ECF NO. 17 (JAN. 20, 2021);

- DECLINATION TO MAGISTRATE JUDGE JURISDICTION, ECF NO. 20 (JAN. 20, 2021);

- ORDER REASSIGNING CASE, ECF NO. 22 (JAN. 20, 2021);

- CLERK'S NOTICE RE JOINT CASE MANAGEMENT CONFERENCE DEADLINES, ECF NO. 23 (JAN. 21, 2021);

- U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA ECF REGISTRATION INFORMATION;

- STANDING ORDER FOR ALL JUDGES OF THE NORTHER DISTRICT OF CALIFORNIA, CONTENTS FOR JOINT CASE MANAGEMENT STATEMENT (NOV. 1, 2018);

- GENERAL ORDER 65, CAMERAS IN THE COURTROOM PILOT PROJECT (AMENDED JULY 19, 2016);

- GENERAL STANDING ORDER FOR CIVIL AND CRIMINAL CASES BEFORE JUDGE CHARLES R. BREYER (APRIL 2, 2019);

- NOTICE RE TELEPHONIC APPEARANCE PROCEDURES FOR DISTRICT JUDGE CHARLES R. BREYER (JAN. 1, 2017);

- GUIDELINES FOR CIVIL JURY TRIALS BEFORE JUDGE CHARLES R. BREYER (APRIL 2, 2019);

on all interested parties listed in the attached Service List, in this action as follows:

☒   (VIA U.S. CERTIFIED MAIL) I caused to be served the foregoing documents by U.S. CERTIFIED Mail, as follows:  true copies of the documents were placed in sealed envelopes addressed to each interested party as shown on the below SERVICE LIST.  Each such envelope with postage thereon fully prepaid, was placed for collection and mailing with the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 21, 2021, at Palo Alto, California.

DATE: January 21, 2021

/s/ Melinda Hanhan

Melinda Hanhan

Paralegal

Sidley Austin LLP

**SERVICE LIST**

U.S. Department of Justice
c/o Office of the U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Jeffrey A. Rosen
c/o Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Department of Justice
c/o Executive Office for Immigration
Review
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

James McHenry,
U.S. Department of Justice
c/o Executive Office for Immigration Review
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil-Process Clerk
c/o United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

## __ATTESTATION__

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


DATE: January 26, 2021                    _/s/ Naomi A. Igra_
                                          Naomi A. Igra



**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...**

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70191120000174353695

Remove ✕

Your item was delivered at 4:53 am on January 26, 2021 in WASHINGTON, DC 20530.

 **Delivered**

January 26, 2021 at 4:53 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

**January 26, 2021, 4:53 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:53 am on January 26, 2021 in WASHINGTON, DC 20530.

**January 25, 2021, 11:14 am**
Available for Pickup
WASHINGTON, DC 20530

January 25, 2021, 10:14 am
Arrived at Unit
WASHINGTON, DC 20018

January 25, 2021, 2:36 am
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

January 25, 2021, 12:06 am
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

January 24, 2021
In Transit to Next Facility

January 21, 2021, 6:42 pm
Departed USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

January 21, 2021, 6:42 pm
Arrived at USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

January 21, 2021, 2:41 pm
USPS in possession of item
SAN FRANCISCO, CA 94104

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...**

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70191120000174353701

Remove ✕

Your item was delivered at 4:53 am on January 26, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

January 26, 2021 at 4:53 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

Feedback

---

### Text & Email Updates                                              ⌄

---

### Tracking History                                                  ⌃

**January 26, 2021, 4:53 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:53 am on January 26, 2021 in WASHINGTON, DC 20530.

---

**January 25, 2021, 11:14 am**
Available for Pickup
WASHINGTON, DC 20530

---

January 25, 2021, 10:14 am
Arrived at Unit
WASHINGTON, DC 20018

January 25, 2021, 2:37 am
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

January 25, 2021, 12:05 am
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

January 24, 2021
In Transit to Next Facility

January 21, 2021, 6:42 pm
Departed USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

January 21, 2021, 6:42 pm
Arrived at USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

January 21, 2021, 2:42 pm
USPS in possession of item
SAN FRANCISCO, CA 94104

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70191120000174353718

Remove ✕

Your item was delivered to an individual at the address at 12:21 pm on January 22, 2021 in SAN FRANCISCO, CA 94102.



## ✓ Delivered

January 22, 2021 at 12:21 pm
Delivered, Left with Individual
SAN FRANCISCO, CA 94102

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**January 22, 2021, 12:21 pm**
Delivered, Left with Individual
SAN FRANCISCO, CA 94102
Your item was delivered to an individual at the address at 12:21 pm on January 22, 2021 in SAN FRANCISCO, CA 94102.

---

**January 22, 2021, 3:50 am**
Arrived at USPS Facility
SAN FRANCISCO, CA 94124

---

January 22, 2021, 3:44 am
Departed USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

January 22, 2021, 1:31 am
Arrived at USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

January 21, 2021, 2:43 pm
USPS in possession of item
SAN FRANCISCO, CA 94104

**Product Information** 

See Less ∧

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...**

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70201290000213467974

Remove ✕

Your item was delivered at 4:53 am on January 26, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

January 26, 2021 at 4:53 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

Feedback

---

### Text & Email Updates ⌄

---

### Tracking History ⌃

**January 26, 2021, 4:53 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:53 am on January 26, 2021 in WASHINGTON, DC 20530.

---

**January 25, 2021, 11:14 am**
Available for Pickup
WASHINGTON, DC 20530

---

January 25, 2021, 9:36 am
Arrived at Unit
WASHINGTON, DC 20018

---

January 25, 2021, 2:39 am
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

January 25, 2021, 12:03 am
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

January 24, 2021
In Transit to Next Facility

---

January 21, 2021, 6:44 pm
Departed USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

---

January 21, 2021, 6:44 pm
Arrived at USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

---

January 21, 2021, 2:37 pm
USPS in possession of item
SAN FRANCISCO, CA 94104

Feedback

---

## Product Information ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...**

# USPS Tracking®

## Track Another Package  +

**Tracking Number:** 70201290000213467981

Remove ✕

Your item was delivered at 4:53 am on January 26, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

January 26, 2021 at 4:53 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**January 26, 2021, 4:53 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:53 am on January 26, 2021 in WASHINGTON, DC 20530.

---

**January 25, 2021, 11:14 am**
Available for Pickup
WASHINGTON, DC 20530

---

January 25, 2021, 9:36 am
Arrived at Unit
WASHINGTON, DC 20018

---

January 25, 2021, 2:36 am
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

January 25, 2021, 12:05 am
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

January 24, 2021
In Transit to Next Facility

---

January 21, 2021, 6:42 pm
Departed USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

---

January 21, 2021, 6:42 pm
Arrived at USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

---

January 21, 2021, 2:38 pm
USPS in possession of item
SAN FRANCISCO, CA 94104

---

## Product Information   ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 3:21-cv-00463-SI Document 25 Filed 01/26/21 Page 21 of 24

**FAQs**

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs ›

## Track Another Package ✛

**Tracking Number:** 70201290000213467998

Remove ✕

Your item was delivered at 4:53 am on January 26, 2021 in WASHINGTON, DC 20530.

 **Delivered**

January 26, 2021 at 4:53 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**January 26, 2021, 4:53 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:53 am on January 26, 2021 in WASHINGTON, DC 20530.

---

**January 25, 2021, 11:14 am**
Available for Pickup
WASHINGTON, DC 20530

---

January 25, 2021, 9:36 am
Arrived at Unit
WASHINGTON, DC 20018

January 25, 2021, 2:35 am
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

January 25, 2021, 12:05 am
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

January 24, 2021
In Transit to Next Facility

January 21, 2021, 6:42 pm
Departed USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

January 21, 2021, 6:42 pm
Arrived at USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

January 21, 2021, 2:40 pm
USPS in possession of item
SAN FRANCISCO, CA 94104

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback