DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Fax: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTRO LEGAL DE LA RAZA; IMMIGRANT LEGAL RESOURCE CENTER; TAHIRIH JUSTICE CENTER; REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; JEAN KING,[1] Acting Director, Executive Office for Immigration Review; UNITED STATES DEPARTMENT OF JUSTICE; MONTY WILKINSON,[2] Acting United States Attorney General, <br><br> Defendants. | CASE NO. 3:21-cv-463-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITATION** |

**STIPULATION**

WHEREAS, Plaintiffs have filed a 15-page motion for preliminary injunction, which cites to and attaches their 87-page complaint that contains a significant amount legal arguments (ECF No. 1);

---

[1] On January 31, 2021, Jean King became Acting Director of the Executive Office for Immigration Review. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she is automatically substituted as a party.

[2] On January 20, 2021, Monty Wilkinson became acting Attorney General. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as a party.

STIP. AND [PROPOSED] ORDER RE PAGE LIMITATION
3:21-CV-463-CRB             1

WHEREAS, the Court's standing order generally limits motions and responses to 15 pages;

IT IS HEREBY STIPULATED, by the parties to the action, through their counsel of record, that:

1. In order to adequately respond to Plaintiffs' assertions regarding a Rule with approximately 60 pages of discussion, Defendants should be given leave to file a responsive brief of up to 24 pages.

2. Plaintiffs should then be given leave to file a reply of up to 15 pages.

DATED: February 4, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　DAVID L. ANDERSON
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　*/s/ Adrienne Zack*
　　　　　　　　　　　　　　　　　　　　　　ADRIENNE ZACK
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendants

DATED: February 4, 2021　　　　　　　　　　SIDLEY AUSTIN LLP

　　　　　　　　　　　　　　　　　　　　　　*/s/ Naomi A. Igra**
　　　　　　　　　　　　　　　　　　　　　　NAOMI A. IGRA

　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge