Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CENTRO LEGAL DE LA RAZA, IMMIGRANT LEGAL CENTER; TAHIRIH JUSTICE CENTER; REFUGE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES,

Plaintiff(s),

v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; JAMES MCHENRY, Director, Executive Office for Immigration Review; UNITED STATES DEPARTMENT OF JUSTICE; MONTY WILKINSON, Acting United States Attorney General

Defendant(s).

Case No: 3:21-cv-00463-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER
(CIVIL LOCAL RULE 11-3)

I, Katherine A. Vaky, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: See attached Exhibit "A" in the above-entitled action. My local co-counsel in this case is Paul A. Zevnik, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Morgan, Lewis & Bockius LLP<br>One Oxford Centre, Thirty-Second Floor<br>Pittsburgh, PA  15219 | Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA  94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (412) 350-7474 | (415) 442-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| katherine.vaky@morganlewis.com | paul.zevnik@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 329291.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/05/21

Katherine A. Vaky
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Katherine A. Vaky is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 8, 2021

UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~