1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2   SARA WINSLOW (DCBN 457643)
    Chief, Civil Division
3   ADRIENNE ZACK (CABN 291629)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7031
6       Fax: (415) 436-6748
        adrienne.zack@usdoj.gov
7
    Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12   CENTRO LEGAL DE LA RAZA;           )   CASE NO. 3:21-cv-463-CRB
     IMMIGRANT LEGAL RESOURCE CENTER;   )
13   TAHIRIH JUSTICE CENTER; REFUGEE    )
     AND IMMIGRANT CENTER FOR           )
14   EDUCATION AND LEGAL SERVICES,      )
                                        )
15        Plaintiffs,                   )
                                        )
16        v.                            )   **STIPULATION AND [~~PROPOSED~~] ORDER RE**
                                        )   **PAGE LIMITATION**
17   EXECUTIVE OFFICE FOR IMMIGRATION   )
     REVIEW; JEAN KING,[1] Acting Director, )
18   Executive Office for Immigration Review; )
     UNITED STATES DEPARTMENT OF        )
19   JUSTICE; MONTY WILKINSON,[2] Acting )
     United States Attorney General,    )
20                                      )
          Defendants.                   )
21   _____)

22                         **STIPULATION**

23        WHEREAS, Plaintiffs have filed a 15-page motion for preliminary injunction, which cites to and

24   attaches their 87-page complaint that contains a significant amount legal arguments (ECF No. 1);

25

26        [1] On January 31, 2021, Jean King became Acting Director of the Executive Office for
     Immigration Review.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she is
27   automatically substituted as a party.

28        [2] On January 20, 2021, Monty Wilkinson became acting Attorney General.  Pursuant to Rule
     25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as a party.

1    WHEREAS, the Court's standing order generally limits motions and responses to 15 pages;

2    IT IS HEREBY STIPULATED, by the parties to the action, through their counsel of record, that:

3    1.  In order to adequately respond to Plaintiffs' assertions regarding a Rule with approximately

4    60 pages of discussion, Defendants should be given leave to file a responsive brief of up to 24 pages.

5    2.  Plaintiffs should then be given leave to file a reply of up to 15 pages.

6

7    DATED:  February 4, 2021                     Respectfully submitted,

8

9                                                DAVID L. ANDERSON
                                                 United States Attorney

10                                               */s/ Adrienne Zack*
                                                 ADRIENNE ZACK
11                                               Assistant United States Attorney

12                                               Counsel for Defendants

13

14   DATED:  February 4, 2021                     SIDLEY AUSTIN LLP

15                                               */s/ Naomi A. Igra*
                                                 NAOMI A. IGRA
16
                                                 Counsel for Plaintiffs
17

18

19   *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury
     that all signatories have concurred in the filing of this document.*
20

21                                 **[PROPOSED] ORDER**

22   Pursuant to Stipulation, IT IS SO ORDERED.

23

24   DATED:  _February 9, 2021_

25

26                                               HONORABLE SUSAN ILLSTON

27                                               United States District Court Judge

28