UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRO LEGAL DE LA RAZA, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EXECUTIVE OFFICE FOR<br>IMMIGRATION REVIEW, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 21-cv-00463-SI<br><br>**ORDER DIRECTING DEFENDANTS<br>TO FILE NOTICE OF OTHER CASES** |

Plaintiffs' motion for a preliminary injunction is scheduled for a hearing on March 9, 2021. The Court directs defendants to file a notice no later than **February 24, 2021** informing the Court of any other cases in which courts have already ruled on the issues raised in the motion and of any other cases in which challenges to the same Final Rule at issue here are currently pending.

**IT IS SO ORDERED**.

Dated: February 17, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　United States District Judge