BRIAN BOYNTON
Acting Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel
DAVID M. McCONNELL
Director
PAPU SANDHU
Assistant Director
CHRISTINA P. GREER
Senior Litigation Counsel

    Office of Immigration Litigation
    U.S. Department of Justice, Civil Division
    450 5th Street NW
    Washington, DC 20530
    Tel. (202) 598-8770
    Christina.P.Greer@usdoj.gov

DAVID L. ANDERSON
United States Attorney
SARA WINSLOW
Chief, Civil Division
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Centro Legal de la Raza, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Executive Office for Immigration Review, *et al.*,<br><br>    Defendants. | Case No. 3:21-cv-00463-SI<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>Date: March 9, 2021<br>Time: 10:30 a.m.<br>Hon. Susan Illston<br>Via Zoom Videoconference |

# NOTICE

On February 17, 2021, the Court issued an Order instructing Defendants to file a notice "informing the Court of any other cases in which courts have already ruled on the issues raised in the motion and of any other cases in which challenges to the same Final Rule at issue here are currently pending." ECF No. 55. In compliance with the Court's Order and Local Rule 3-13, Defendants hereby inform the Court that they are not aware of any cases in which the specific issues raised here have already been decided but are aware of one case challenging the Final Rule at issue in this litigation.

In *Catholic Legal Immigration Network, Inc. (CLINIC) v. Exec. Office for Immigration Review*, No. 1:21-cv-094 (D.D.C. filed Jan. 11, 2021), five legal services organizations challenge the Rule at issue here: *Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure*, 85 Fed. Reg. 81,588 (Dec. 16, 2021). Plaintiffs in *CLINIC*, like Plaintiffs in the instant case, bring challenges under the Administrative Procedure Act, the Regulatory Flexibility Act, and the Due Process Clause of the Fifth Amendment to the U.S. Constitution. Plaintiffs' arguments regarding the Rule's legality and whether it is arbitrary and capricious are similar as are their claims that the comment period was insufficient. Plaintiffs in both cases have also sought preliminary injunctions. And four of the five amicus groups that have filed briefs in the instant case also filed briefs in *CLINIC*. A hearing on the preliminary injunction motion filed in *CLINIC* is scheduled for March 4, 2021. Coordination of the two cases may promote efficiencies and avoid conflicting determinations.

DATED: February 23, 2021

Respectfully submitted,

*/s/ Christina P. Greer*
CHRISTINA P. GREER
Senior Litigation Counsel

Counsel for Defendants