UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Centro Legal de la Raza, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Executive Office for Immigration Review, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-00463-SI <br><br> **STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR RESPOND** |

Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate to extend Defendant's time within which to answer or otherwise respond to the complaint, ECF No. 1, until April 22, 2021. This stipulation does not alter the date of any event or deadline already fixed by the Court.

Dated: March 23, 2021                    Respectfully submitted,

By: */s/ Naomi A. Igra*
    Naomi A. Igra
    Litigation Counsel
    Sidley Austin LLP
    555 California Street, Suite 2000
    San Francisco, CA 94104
    Tel. (415) 772-7495
    Naomi.igra@sidley.com

    *Counsel for Plaintiffs*

By: */s/ Christina P. Greer*
    CHRISTINA P. GREER
    Senior Litigation Counsel
    U.S. Department of Justice, Civil Division
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    Tel. (202) 598-8770
    Christina.P.Greer@usdoj.gov

    *Counsel for Defendants*

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The parties are ordered to submit a status report within 90 days.

DATED: March ___, 2021

_____
HON. SUSAN ILLSTON
United States District Judge