UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Centro Legal de la Raza, *et al.*, | Case No. 3:21-cv-00463-SI |
| Plaintiffs, | **STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR RESPOND** |
| v. | |
| Executive Office for Immigration Review, *et al.*, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate to extend Defendant's time within which to answer or otherwise respond to the complaint, ECF No. 1, until April 22, 2021.  This stipulation does not alter the date of any event or deadline already fixed by the Court.

Dated: March 23, 2021                                    Respectfully submitted,

By:    /s/ *Naomi A. Igra*                    By:    /s/ *Christina P. Greer*
         Naomi A. Igra                                          CHRISTINA P. GREER
         Litigation Counsel                                   Senior Litigation Counsel
         Sidley Austin LLP                                   U.S. Department of Justice, Civil Division
         555 California Street, Suite 2000        P.O. Box 878, Ben Franklin Station
         San Francisco, CA 94104                    Washington, DC 20044
         Tel. (415) 772-7495                             Tel. (202) 598-8770
         Naomi.igra@sidley.com                     Christina.P.Greer@usdoj.gov

         *Counsel for Plaintiffs*                           *Counsel for Defendants*

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The parties are ordered to submit a status report within 90 days.

DATED: March  24, 2021

/s/ Susan Illston
HON. SUSAN ILLSTON
United States District Judge