1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Centro Legal de la Raza, *et al.*,

    Plaintiffs,

v.

Executive Office for Immigration Review, *et al.*,

    Defendants.

Case No. 3:21-cv-00463-SI

**JOINT STIPULATION AND [PROPOSED] ORDER TO HOLD CASE IN ABEYANCE**

## STIPULATION

PLEASE TAKE NOTICE that the parties by and through their undersigned counsel hereby stipulate and request an order to hold this case and all deadlines in abeyance pending review of the Rule at issue in this case, Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2021), by the Department of Justice. In support of this Stipulation, the parties state as follows:

    1.    This case involves an Administrative Procedure Act (APA) challenge to a regulation changing procedures implemented by the Executive Office for Immigration Review to carry out adjudications under the Immigration and Nationality Act.

    2.    The Court enjoined the Rule nationwide, concluding that the Department failed to provide sufficient opportunity for comment and that aspects of the Rule were arbitrary and capricious.

    3.    As counsel for the Government stated during the hearing on March 9, 2021, the Rule is under review by the Department. Department leadership requests additional time to allow incoming Department leadership the opportunity to consider the issues in this case and to review the Rule.

JOINT STIPULATION AND [PROPOSED] ORDER TO HOLD CASE IN ABEYANCE
No. 3:21-cv-00463-SI

4. The Government has determined that it will not appeal this Court's order granting Plaintiffs' Motion for a Preliminary Injunction, ECF 59 (Order).

5. If Defendants seek to stay, modify, or otherwise limit the Court's Order, Defendants will ask the relevant court to not rule on Defendants' request for 90 days so as to allow time for the parties to submit any additional briefing that may be warranted.

6. Counsel for the Government has also represented that it will produce the Administrative Record while the case is in abeyance.

7. Should the Court grant this motion, the parties propose to submit a status report to the Court within 90 days, updating the Court on the status of the Rule.

8. The parties have been conferring about Plaintiffs' concerns regarding the Government's implementation of this Court's Order. The parties agree that Plaintiffs may request a status conference concerning issues relating to implementation of the Order while the case is in abeyance.

9. Counsel for Plaintiffs have informed undersigned counsel that they consent to and join this motion.

Respectfully submitted,

By:  */s/ Naomi A. Igra*  
    Naomi A. Igra  
    Litigation Counsel  
    Sidley Austin LLP  
    555 California Street, Suite 2000  
    San Francisco, CA 94104  
    Tel. (415) 772-7495  
    Naomi.igra@sidley.com  

    *Counsel for Plaintiffs*

By:  */s/ Christina P. Greer*  
    CHRISTINA P. GREER  
    Senior Litigation Counsel  
    U.S. Department of Justice, Civil Division  
    P.O. Box 878, Ben Franklin Station  
    Washington, DC 20044  
    Tel. (202) 598-8770  
    Christina.P.Greer@usdoj.gov  

    *Counsel for Defendants*

Dated: March 24, 2021

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The parties are ordered to submit a status report within 90 days of this order rather than the order entered on March 24, 2021 (ECF No. 63).

DATED: March ___, 2021

_____
HON. SUSAN ILLSTON
United States District Judge