BRIAN M. BOYNTON
Acting Assistant Attorney General

PAPU SANDHU
Assistant Director

CHRISTINA P. GREER
Senior Litigation Counsel

     U.S. Department of Justice
     Civil Division
     Office of Immigration Litigation
     P.O. Box 878, Ben Franklin Station
     Washington, D.C. 20044
     Telephone: (202) 598-8770
     Christina.P.Greer@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Centro Legal de la Raza, *et al.*, | CASE NO. 3:21-cv-00463-SI |
|     Plaintiffs, | |
|   v. | JOINT STATUS REPORT AND [PROPOSED] ORDER |
| Executive Office for Immigration<br>    Review, *et al.*, | |
|     Defendants. | |

## STATUS REPORT

      The parties by and through their undersigned counsel hereby notify the Court that the Rule at issue in this case, Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020), remains under review by the Department of Justice. The Department has represented to plaintiffs that it has made progress in its review, as evidenced by the Rule's inclusion in the Executive Branch's Spring 2021 Unified Agenda of Regulatory and Deregulatory Actions. *See*

https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202104&RIN=1125-AB18. The parties

1   agree that the case should remain in abeyance to allow the regulatory process to proceed and propose

2   submitting another joint status report in 90 days.

3   Respectfully submitted,

4   By:   */s/ Naomi A. Igra*          By:   */s/ Christina P. Greer*
            Naomi A. Igra                    CHRISTINA P. GREER
5           Litigation Counsel               Senior Litigation Counsel
            Sidley Austin LLP                U.S. Department of Justice, Civil Division
6           555 California Street, Suite 2000 P.O. Box 878, Ben Franklin Station
            San Francisco, CA 94104          Washington, DC 20044
7           Tel. (415) 772-7495              Tel. (202) 598-8770
            Naomi.igra@sidley.com            Christina.P.Greer@usdoj.gov
8
            *Counsel for Plaintiffs*         *Counsel for Defendants*
9

10  Dated: June 22, 2021

11

12

13                                     [PROPOSED] ORDER

14  The parties are ordered to submit a status report within 90 days of this order.

15

16  DATED: June __23__, 2021

17                                                    _____
                                                      HON. SUSAN ILLSTON
18                                                    United States District Judge

19

20

21

22

23

24

25

26

27

28