BRIAN M. BOYNTON
Acting Assistant Attorney General

PAPU SANDHU
Assistant Director

CHRISTINA P. GREER
Senior Litigation Counsel

    U.S. Department of Justice
    Civil Division
    Office of Immigration Litigation
    P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 598-8770
    Christina.P.Greer@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Centro Legal de la Raza, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Executive Office for Immigration Review, *et al.*, <br><br> Defendants. | CASE NO. 3:21-cv-00463-SI <br><br> JOINT STATUS REPORT AND [~~PROPOSED~~] ORDER |

## STATUS REPORT

The parties by and through their undersigned counsel hereby notify the Court that the Rule at issue in this case, Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020), remains under review by the Department of Justice. The Department has represented to plaintiffs that it has made progress in its review, as evidenced by the Rule's inclusion in the Executive Branch's Spring 2021 Unified Agenda of Regulatory and Deregulatory Actions. *See* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202104&RIN=1125-AB18. The parties agree that the case should remain in abeyance to allow the regulatory process to proceed and propose

submitting another joint status report in 90 days.

Respectfully submitted,

| By: | */s/ Naomi A. Igra* | By: | */s/ Christina P. Greer* |
|---|---|---|---|
| | Naomi A. Igra | | CHRISTINA P. GREER |
| | Litigation Counsel | | Senior Litigation Counsel |
| | Sidley Austin LLP | | U.S. Department of Justice, Civil Division |
| | 555 California Street, Suite 2000 | | P.O. Box 878, Ben Franklin Station |
| | San Francisco, CA 94104 | | Washington, DC 20044 |
| | Tel. (415) 772-7495 | | Tel. (202) 598-8770 |
| | Naomi.igra@sidley.com | | Christina.P.Greer@usdoj.gov |
| | *Counsel for Plaintiffs* | | *Counsel for Defendants* |

Dated: September 21, 2021

[PROPOSED] ORDER

The parties are ordered to submit a status report within 90 days of this order.

DATED: September 22, 2021

HON. SUSAN ILLSTON
United States District Judge

JOINT STATUS REPORT & [PROPOSED] ORDER
3:21-CV-00463 SI                                2