BRIAN M. BOYNTON
Acting Assistant Attorney General

SARAH S. WILSON
Assistant Director

CHRISTINA P. GREER
Senior Litigation Counsel

    U.S. Department of Justice
    Civil Division
    Office of Immigration Litigation
    P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 598-8770
    Christina.P.Greer@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Centro Legal de la Raza, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>Executive Office for Immigration Review, *et al.*,<br><br>    Defendants. | CASE NO. 3:21-cv-00463-SI<br><br>JOINT STATUS REPORT AND [~~PROPOSED~~] ORDER |

## STATUS REPORT

The parties by and through their undersigned counsel hereby notify the Court that the Rule at issue in this case, Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020), remains under review by the Department of Justice. The Department has represented to Plaintiffs that it has made progress in its review, as evidenced by the Rule's inclusion in the Executive Branch's Fall 2021 Unified Agenda of Regulatory and Deregulatory Actions. *See* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202110&RIN=1125-AB18. The parties agree that the case should remain in abeyance to allow the regulatory process to proceed and propose

submitting another joint status report in 90 days.

Respectfully submitted,

By:    */s/ Naomi A. Igra*  
      Naomi A. Igra  
      Litigation Counsel  
      Sidley Austin LLP  
      555 California Street, Suite 2000  
      San Francisco, CA 94104  
      Tel. (415) 772-7495  
      Naomi.igra@sidley.com

      *Counsel for Plaintiffs*

By:    */s/ Christina P. Greer*  
      CHRISTINA P. GREER  
      Senior Litigation Counsel  
      U.S. Department of Justice, Civil Division  
      P.O. Box 878, Ben Franklin Station  
      Washington, DC 20044  
      Tel. (202) 598-8770  
      Christina.P.Greer@usdoj.gov

      *Counsel for Defendants*

Dated: March 22, 2022

[~~PROPOSED~~] ORDER

The parties are ordered to submit a status report within 90 days of this order.

DATED: March  23 , 2022

                                               *[signature]*  
                                               HON. SUSAN ILLSTON  
                                               United States District Judge