Scott T. Nonaka
Irene Inkyu Yang
Naomi A. Igra
Stephen Chang

Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Tel. (415) 772-7495
snonaka@sidley.com
irene.yang@sidley.com
naomi.igra@sidley.com
stephen.chang@sidley.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Centro Legal de la Raza, *et al.*, | ) CASE NO. 3:21-cv-00463-SI |
| | ) |
| Plaintiffs, | ) |
| | ) STIPULATION OF DISMISSAL |
| v. | ) |
| | ) |
| Executive Office for Immigration | ) |
| Review, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to dismissal of this action with prejudice.

Dated: January 10, 2025              Respectfully submitted,

*/s/ Naomi A. Igra*                    BRIAN BOYNTON
                                       Principal Deputy Assistant Attorney General
Scott T. Nonaka                        Civil Division
Irene Inkyu Yang
Naomi A. Igra                          SARAH S. WILSON
Stephen Chang                          Assistant Director
                                       Office of Immigration Litigation
Sidley Austin LLP
555 California Street, Suite 2000      */s/ Christina P. Greer*

STIPULATION OF DIMISSAL
3:21-CV-00463 SI                           1

San Francisco, CA 94104
Tel. (415) 772-7495
snonaka@sidley.com
irene.yang@sidley.com
naomi.igra@sidley.com
stephen.chang@sidley.com

*/s/ Amalia Wille*
Amalia Margarete Wille
Judah Ben Lakin

Lakin & Wille LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Tel: (510) 379 9216
amalia@lakinwille.com
judah@lakinwille.com

*/s/ Aseem Mehta*
Aseem Mehta
Winifred Kao

Asian Law Caucus
55 Columbus Avenue
San Francisco, CA 94111
Tel: (415) 848 7725
aseemm@asianlawcaucus.org

*Counsel for Plaintiffs*

Christina P. Greer
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

*Counsel for Defendants*

\* Pursuant to Civil L.R. 5.1(i)(3), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

STIPULATION OF DIMISSAL
3:21-CV-00463 SI                                    2